IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Johnathan Lacy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 16-cv-3151 |
| | ) | |
| Thomas Dart, Sheriff of Cook County and Cook County, Illinois, | ) | Judge Norgle |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**

It is stipulated between plaintiff Lacy and defendants Thomas Dart and Cook County, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ Nicholas Cummings (with consent)
Nicholas Cummings, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Sheriff*

<u>/s/ Jacqueline Carroll</u>  (with consent)
Jacqueline Carroll, ASA
69 W. Washington Suite 2030
Chicago, IL 60602
*An attorney for defendant Cook County*
